FILED

2026 Jan-12  AM 12:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| Ginger Brown-Boyd, | **CASE NO.:** 5:25-cv-01400-HDM |
| Plaintiff(s), | |
| -vs- | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | **RULE 41 MOTION TO DISMISS** |
| Defendant(s). | |

## JOINT MOTION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. PURSUANT TO SETTLEMENT OF ALL CLAIMS

Plaintiff Ginger Brown-Boyd and Defendant Experian Information Solutions, Inc. respectfully move this Honorable Court to hereby dismiss all claims against Defendant Experian Information Solutions, Inc., with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Pursuant to Settlement, each party agrees to bear its own fees, costs, and expenses.

Respectfully Submitted,

**/s/ Aluko Collins, Sr.**
Aluko Collins Sr.
The Collins Firm, LLC
401 Madison Street SE
Huntsville, Alabama 35801
Ph: (983) 233-6440
acollins@thecollinsfirmlegal.com

*Counsel for Plaintiff*


***/s/L. Jackson Young, Jr.***
L. Jackson Young, Jr.
Christian & Small LLP
505 North 20th Street  Suite 1800
Birmingham, AL 35203
(205) 250-6617
LJYoung@csattorneys.com

*Counsel for Experian Information Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **January 12, 2025**, I will cause a copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a copy of the foregoing via email to parties and attorneys of record in this action. Notice to parties and counsel of record may also be provided by email, and/or U.S. Mail.

L. Jackson Young, Jr.
Christian & Small LLP
505 North 20th Street  Suite 1800
Birmingham, AL 35203
(205) 250-6617
LJYoung@csattorneys.com

*Counsel for Experian Information
Solutions, Inc.*

BY: ***/s/Aluko Collins, Sr.***
Aluko Collins, Sr.